```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


LOUVENIA PENWRIGHT                        CIVIL ACTION

VERSUS                                    NO: 06-7565

LOUISIANA CITIZENS PROPERTY               SECTION: "J"(5)
INSURANCE CORPORATION d/b/a
LOUISIANA CITIZENS FAIR PLAN
AND AMERICAN SECURITY
INSURANCE CO.
```

**ORDER AND REASONS**

Before the Court is Plaintiff's **Motion to Remand and For Sanctions (Rec. Doc. 5)**. American Security Insurance Company opposed this motion, which is set for hearing on December 20, 2006, with oral argument. However, this Court concludes that oral argument is unnecessary and hereby **CANCELS** oral argument. Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that, for the same reasons set forth by the undersigned in Southall v. St. Paul Travelers Ins. Co., 2006 WL 2385365 (E.D. La. Aug. 16, 2006) in its discussion of the Multiparty, Multiforum Trial Jurisdiction Act of 2002 ("MMTJA"), Plaintiff's motion to remand should be granted and this case should be remanded to the Civil District Court for the Parish of Orleans. However, this Court declines to award attorneys fees. Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion to Remand and For**

1

**Sanctions (Rec. Doc. 5)** should be and hereby is **GRANTED IN PART** and **DENIED IN PART**.  This matter is hereby <u>remanded</u> to the state court from which it was removed.

New Orleans, Louisiana this 14th day of December, 2006.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE